## Jim CROSS, Sr., v. STATE.
### No. 17395.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

See, also, 76 S.W.(2d) 773.

Bradley & Wilson, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment being assessed at confinement in the penitentiary for thirty-three years.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the same is ordered dismissed.

## Charles FRANCIS v. STATE.
### No. 17111.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

J. A. Johnson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

Under the holding in Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882, and Hilterbrand v. State (Tex. Cr. App.) 75 S.W.(2d) 884, the indictment in the present case is fatally defective.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.

## N. F. FREEMAN v. STATE.
### No. 17324.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

Robert P. Brown, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

Appellant has duly made his affidavit requesting that his appeal be dismissed. The request is granted.

The appeal is dismissed.

## Thomas Jefferson HICKMAN v. STATE.
### No. 17379.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

Wallace Hughston and John Doyle, both of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find in the record an affidavit in due form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## Thomas Jefferson HICKMAN v. STATE.
### No. 17382.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.